### FREY *v.* MILLER *et al.*

GILBERT, J. An action for land in which the declaration shows on its face that the plaintiff has no such estate in the land sued for as will authorize a recovery, but has only a contract of rent covering less than five years, is properly dismissed on general demurrer.

*Judgment affirmed. All the Justices concur.*

No. 1027. NOVEMBER 16, 1918.

Complaint for land. Before Judge Morris. Cobb superior court. May 5, 1918.

*J. Z. Foster, for plaintiff. P. F. Brock, Miller & Jones,* and *Bryan, Jordan & Middlebrooks,* for defendants.